UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JANE SHIRLEY SMITH,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY,<br><br>    Defendant(s). | 2:21-cv-01471-JCM-VCF<br><br>**ORDER** |

Before the Court is *Jane Shirley Smith v. State Farm Mutual Insurance Company*, case number 2:21-cv-01471-JCM-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before October 13, 2021.

DATED this 29th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE